```
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
HENOK Y. GEBRAI, ESQ.
Nevada State Bar No. 16866
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:   (702) 258-6662
mingleby@bremerwhyte.com
hgebrai@bremerwhyte.com

Attorneys for Defendants,
BELLEROSE TRUCKING, INC. and
SHUBHAM SHUBAHM
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MICHAEL VARGAS HUANTE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>BELLEROSE TRUCKING, INC., a Foreign Corporation; SHUBHAM SHUBHAM, individually; and DOES 1 - 10; and DOE EMPLOYEES 11-20; and ROE BUSINESS ENTITIES 21-30;,<br><br>Defendants. | Case No. 2:25-cv-00578-ART-BNW<br><br>**STIPULATION AND ORDER AS TO LIABILITY, AND TO CORRESPONDINGLY LIMIT THE SCOPE OF DISCOVERY TO DAMAGES ONLY** |

## **STIPULATION AND ORDER AS TO LIABILITY, AND TO CORRESPONDINGLY LIMIT THE SCOPE OF DISCOVERY TO DAMAGES ONLY**

IT IS HEREBY STIPULATED, by and between Plaintiff BRIAN MICHAEL VARGAS HUANTE ("Plaintiff"), by and through his counsel of record, Lloyd W. Baker, Esq., and McKay B. Whitney, Esq., of Lloyd Baker Injury Attorneys, and Defendants BELLEROSE TRUCKING INC. and SHUBHAM SHUBHAM

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1473.019  4913-0218-7873.1

(hereinafter "Defendants"), by and through their counsel of record, Melissa Ingleby, Esq., and Henok Y. Gebrai, Esq., of the law firm of Bremer, Whyte, Brown & O'Meara, LLP, submit the following STIPULATION AND ORDER AS TO LIABILITY, AND TO CORRESPONDINGLY LIMIT DEFENDANT'S DISCOVERY OBLIGATIONS for the Court's consideration:

1. It has been conceded that Bellerose Trucking, Inc.'s employee, Shubham Shubham, was in the course and scope of his employment with Bellerose Trucking at the time of the subject accident, which involved Mr. Shubham and Plaintiff, which is the basis of the instant litigation (hereinafter the "Subject Accident").

2. Bellerose Trucking Inc.'s employee, Mr. Shubham, owed a duty of care to Plaintiff BRIAN MICHAEL VARGAS HUANTE.

3. Mr. Shubham breached the duty of care he owed to Plaintiff BRIAN MICHAEL VARGAS HUANTE.

4. Mr. Shubham is conceding duty and breach as to Plaintiff's first cause of action for Negligence only; Mr. Shubham is not conceding duty and breach of any other causes of action.

5. As a result of Mr. Shubham being an employee of Bellerose Trucking, Inc., and acting within the course and scope of his employment, Bellerose Trucking concedes that it owed a duty of care to Plaintiff BRIAN MICHAEL VARGAS HUANTE.

6. Bellerose Trucking breached the duty of care owed to Plaintiff BRIAN MICHAEL VARGAS HUANTE.

7. Bellerose Trucking, Inc., is conceding duty and breach as to Plaintiff's second cause of action for Respondeat Superior liability only; Bellerose Trucking is not conceding duty and breach of any other causes of action.

8. The issues remaining to be decided at trial are the nature and extent of Plaintiff BRIAN MICHAEL VARGAS HUANTE's injuries and damages,

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1473.019  4913-0218-7873.1

including the extent to which said injuries were a result of the Subject Accident.

9. In light of this Stipulation, narrowing the issues in dispute in the subject litigation, fact discovery regarding the elements of duty and breach are now moot, and the only remaining discovery necessary relates to causation, severity and monetary value of Plaintiff's damages.

10. Therefore, the remaining discovery items related to duty and breach are no longer at issue, and are hereby withdrawn. Specifically, the following discovery which was previously pending or forthcoming is withdrawn and will no longer be necessary: Deposition of Bellerose Trucking Inc.'s designated 30(b)(6) witness.

11. Furthermore, no additional fact discovery, or discovery related to duty and breach will be propounded in the future.

DATED this 20th day of October 2025

**LLOYD BAKER INJURY ATTORNEYS**

*/s/ McKay Whitney*
**LLOYD W. BAKER, ESQ.**
Nevada Bar No. 6893
**MCKAY B. WHITNEY, ESQ.**
Nevada Bar No. 12132
*Attorneys for Plaintiff,*
*Brian Michael Vargas Huante*

DATED this 20th day of October 2025

**BREMER WHYTE BROWN & O'MEARA**

*/s/ Henok Y. Gebrai*
**MELISSA INGLEBY, ESQ**.
Nevada Bar No. 12935
**HENOK Y. GEBRAI, ESQ.**
Nevada Bar No. 16866
*Attorneys for Defendants,*
*Bellerose Trucking Inc., and*
*Shubham Shubham*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1473.019  4913-0218-7873.1

**Huante v. Bellerose Trucking, et al.**

Case No. 2:25-cv-00578-ART-BNW

# ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Bellerose Trucking, Inc. concedes its former employee, Shubham Shubham, who was in course and scope of his employment with Bellerose Trucking, Inc. at the time of the Subject Accident, both owed a duty of care to Plaintiff Brian Michael Vargas Huante, and breached that duty of care to Plaintiff, as it relates to the Subject Accident.

IT IS FURTHER ORDERED that the only two issues to be determined at the time of trial in this matter are: (a) the nature and extent to which Plaintiff's injuries were caused by the Subject Accident caused; and (b) the extent and value of Plaintiff's damages resulting from said injuries.

IT IS FURTHER ORDERED that Plaintiff BRIAN MICHAEL VARGAS HUANTE rescinds his pending discovery requests into the duty and breach elements of his negligence claims, and relinquishes his right to pursue discovery into those categories in the future (including written discovery and depositions).

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: October 21, 2025

Submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: */s/ Henok Gebrai*

Melissa Ingleby, Esq., Bar No. 12935
Henok Y. Gebrai, Esq., Bar No. 16866
*Attorneys for Defendants*
*Bellerose Trucking, Inc., and*
*Shubham Shubham*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

4

1473.019  4913-0218-7873.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2025, a true and correct copy of the **STIPULATION AND ORDER AS TO LIABILITY, AND TO CORRESPONDINGLY LIMIT THE SCOPE OF DISCOVERY TO DAMAGES ONLY** was electronically filed and served upon all parties requesting notice via the United States District Court CM/ECF system.

*/s/ Kay Agustin*
Kay Agustin, an Employee of BREMER WHYTE BROWN & O'MEARA, LLP

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

5

1473.019 4913-0218-7873.1