**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brian Michael Vargas Huante, individually; | CASE NO.: 2:25-cv-00578-ART-BNW |
| Plaintiff, | |
| vs. | |
| Bellerose Trucking Inc, a Foreign Corporation; Shubham Shubham, individually; and DOES 1-10; and DOE EMPLOYEES 11-20; and ROE BUSINESS ENTITIES 21-30; | **ORDER GRANTING** **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

Parties, through counsel, hereby stipulate to dismiss the above matter in its entirety, with prejudice, and request the Court grant an order to dismiss with prejudice, each side bearing its own fees and costs, and all future dates be VACATED.

IT IS SO ORDERED.

_____

Anne R. Traum
United States District Judge

Dated: May 28, 2026

Page 1 of 1